# United States District Court
## Southern District of Georgia

STEPHEN SHARPE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 618-015

MASSIE MCINTYRE, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated June 7, 2018 adopting the Report and Recommendation to which objections have been filed, that Plaintiff's Complaint is dismissed with prejudice. This case stands closed.

| 06/07/2018 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk