IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

STEPHEN SHARPE,                *
                               *
     Plaintiff,                *
                               *
     v.                        *     CV 618-015
                               *
MASSIE MCINTYRE, et al.,       *
                               *
     Defendants.               *

**ORDER**

On January 29, 2019, the Court received a letter from Plaintiff. (Doc. 37.) Thereafter, the Court reviewed the record and discovered a mistake in the Order adopting the Report and Recommendation. (Order, Doc. 35.) Magistrate Judge G. R. Smith recommended that the case be dismissed without prejudice (Doc. 32, at 4), however, the Order adopting that recommendation incorrectly stated that the case was dismissed with prejudice. Arising from oversight, the Court now corrects the mistake under Federal Rule of Civil Procedure 60(a). The Court's Order (Doc. 35) is **HEREBY AMENDED** to reflect that the case is **DISMISSED WITHOUT PREJUDICE**. Furthermore, the Court **DIRECTS** the Clerk to amend the judgment (Doc. 36) to reflect dismissal without prejudice.

**ORDER ENTERED** at Augusta, Georgia, this 31ST day of January, 2019.

/s/ J. Randal Hall
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA