AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

STEPHEN SHARPE,

Plaintiff,

AMENDED

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 618-015

MASSIE MCINTYRE, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated January 31, 2019, that the Order dated June 7, 2018, adopting the Report and Recommendation to which objections have been filed, is hereby amended to indicate this case is dismissed without prejudice. This case stands closed.

01/31/2019
Date

Scott L. Poff
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03